UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   LEONARDO CERVANTES

CASE NO. 07 B 10423

CHAPTER 13

JUDGE: MANUEL BARBOSA

   Debtor  
SSN XXX-XX-7792

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/11/07 .

2. The case was dismissed without confirmation, 08/02/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| 1ST POINT LENDING | UNSECURED | NOT FILED | .00 | .00 |
| ADVANTAGE MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| AUNT MARTHAS YOUTH SRVC | UNSECURED | NOT FILED | .00 | .00 |
| BLUE CROSS BLUE SHIELD O | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CASTLE ORTHO & SPORTS ME | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION BUREAU OF AME | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| LEXICON | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| OLD SECOND MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| OMNIUM WOLDWIDE INC | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| VIRGINIA DIAZ | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN MED & SURG | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                          .00         .00           .00            .00           .00
The Debtor's attorney, THOMAS R HITCHCOCK           , was allowed $          .00
and was paid $       .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $         .00 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
    Dated: 11/16/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
          CASE NO. 07 B 10423 LEONARDO CERVANTES
```